IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: <br><br> (ONE 1996 BLACK PETERBUILT SEMI-TRACTOR BEARING ALABAMA LICENSE PLATES 725-858, VIN: 1XPFDB9XXTN369092 and ONE 1994 WHITE UTILITY SEMI-TRAILER BEARING ALABAMA LICENSE PLATES 3TR2073, VIN: 1UYVS2482RM341502 | MISC NO. 2:06mj137-SRW |

ORDER SEALING SEIZURE WARRANT AFFIDAVIT

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED that the seizure warrant affidavit listed above is hereby sealed and to be kept secret until further investigation on this case is completed.

DONE this the 5TH day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE