| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br><br>December 5, 2006 | DATE AND TIME WARRANT EXECUTED<br><br>December 5, 2006  4:00 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br><br>McKensley Wright |

**INVENTORY MADE IN THE PRESENCE OF**

McKensley Wright

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

One 1996 Black Peterbuilt Semi-Tractor bearing Alabama license plates 725-858
  VIN: 1XPFDB9XXTN369092

One 1994 White utility Semi-Trailer bearing Alabama license plates 3TR2073
  VIN: 1UYVS2482RM341502

I Swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

Montgomery, Alabama

Date  12/6/06

_____
U.S. Judge or Magistrate

**CERTIFICATION**

RECEIVED
DEC 6 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.